April 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JON T. NEUBAUM AND BARBARA NEUBAUM, Appellants

NO. 14-13-00943-CV                                    V.

BRENTON M. STANFIELD, THOMAS P. STONE, STONE & ASSOCIATES,
LLP, & JIMMY VAN KNIGHTON, II, Appellees

_____

This cause, an appeal from the judgment signed on September 10, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment as to the negligence claims of appellants JON T. NEUBAUM AND BARBARA NEUBAUM (collectively the "Neubaums") against appellees BRENTON M. STANFIELD, THOMAS P. STONE, STONE & ASSOCIATES, LLP, & JIMMY VAN KNIGHTON, II (collectively the "Stone Parties"). We therefore order that the portions of the judgment that address the Neubaums' negligence claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion. Further, we order the remainder of the judgment **AFFIRMED**. For good cause, we order the Neubaums, jointly and severally, to pay one-half of all costs incurred in this appeal, and we order the Stone Parties, jointly and severally, to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.